**Order entered December 12, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01228-CV

### TEXAS SOCCER FOUNDATION, Appellant

### V.

### STING SOCCER FOUNDATION, Appellee

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC- 1 7-07441**

## ORDER

Before the Court is the December 9, 2019 request of Vielica Dobbins, Official Court Reporter for the 193rd Judicial District Court, for an extension of time to file the reporter's record. We **GRANT** the request and extend the time to **January 8, 2020**.

/s/ ROBERT D. BURNS, III
CHIEF JUSTICE